IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                                   CASE NO. 4:10-CR-40012-001

JAMONDO LEWIS                                                                            DEFENDANT

## ORDER

    Before the Court is a Motion to Dismiss filed by the United States of America. (Doc. 27). Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment filed on July 21, 2010, in this matter. Accordingly, the Indictment filed in this matter is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED, this 11th day of February, 2011.


                                                /s/ Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            United States District Judge